STATE OF MAINE

Sagadahoc, ss.

SUPERIOR COURT

AMH-SAC-1-8/1/2013

JOANE LLOYD

Plaintiff-Appellee

v.

Docket No. BATSC-AP-12-09

JOHN & CHARLINDA LYONS

Defendants-Appellants

## ORDER

This forcible entry and detainer appeal has been pending since December 2012 with no action taken by the appellants. The clerk will send a copy of this order to the appellants at their address on file. If appellants wish to pursue this appeal, they shall notify the court in writing by August 28, 2013. Failure to respond on their part will result in the dismissal of this appeal.

Pursuant to M.R. Civ. P. 79(a), the Clerk is hereby directed to incorporate this order by reference in the docket.

Dated 1 August 2013

_____
A. M. Horton
Justice, Superior Court

1

Date Filed 11/19/12  Sagadahoc County  Docket No. BATSC-AP-12-09

Action: 76(g) Appeal from District Court

Joane Llyod                          vs.        John Lyons
370 Meadow Cross Road                           Charlinda Lyons
Topsham, Maine 04086                            300 Long Point Road
                                                Harpswell, Maine 04079

Plaintiff's Attorney                            Defendant's Attorney

Date of
Entry

Received 11/19/12:
Attested copy of Notice of Appeal with attested copy of docket sheet from West Bath District Court, filed.